WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 2:21-mc-00703 |
| v. | |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **April 22, 2021**
in favor of **NATIONWIDE JUDGMENT RECOVERY INC.**
whose address is **8452 Katella Ave, Stanton CA 90680**
and against **ZHI QING ZHANG**
whose last known address is **250 ALTA LOMA AVE, DALY CITY CA 94015**
for $ **41,913.12**  Principal, $ **3,573.43**  Interest, $ **0**  Costs,
and $ **0.00**  Attorney Fees.

ATTESTED this **2** day of **June**, 20 **21**
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; **7440** (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

ZHI QING ZHANG

250 ALTA LOMA AVE

DALY CITY CA 94015

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
**CHRIS SAWYER**

1149

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)    ABSTRACT OF JUDGMENT/ORDER